UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Julie McBride,<br><br>      Plaintiff,<br><br>      v.<br><br>Halliburton Company, Inc., et al. ,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08-cv-01154 (CKK)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of Court will please note the entry of the appearance of

    Frederick W. Chockley, III (366800)
    Baker & Hostetler LLP
    1050 Connecticut Avenue, N.W., Suite 1100
    Washington, D.C.  20036
    (202) 861-1680
    (202) 861-1783
    FChockley@Bakerlaw.com

as local counsel for defendants Halliburton Company, Inc. and Kellogg, Brown & Root, Inc.

          /s/Frederick W. Chockley III
          Frederick W. Chockley III (366800)
          Baker & Hostetler LLP
          Washington Square, Suite 1100
          1050 Connecticut Avenue, N.W.
          Washington, D.C.  20036-5304
          Tel: (202) 861-1500
          Fax: (202) 861-1783
          FChockley@Bakerlaw.com

Michael B. McDonnell
McDonnell & Associates APLC
2040 Harbor Island Dr., Suite 202
San Diego, CA  92101
Tel: (619) 294-4230
Fax: (619) 294-4237

Attorneys for Defendants
Halliburton Company, Inc. and Kellogg,
Brown & Root, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON August 13, 2008, an electronic copy of the foregoing Praecipe will be served on counsel via the United States District Court's Electronic Case Filing system.

A copy was also served via United States Postal Service to:

L. Todd Kelly
The Kelly Law Firm, P.C.
One Riverway, Suite 1150
Houston, Texas  77056
Tel. (713) 255-2055
Fax. (713) 523-5939

Paul Waldner
Vickery, Waldner & Mallia, L.L.C
One Riverway, Suite 1150
Houston, Texas  77056
Tel. (713) 526-1100
Fax. (713) 523-5939

/s/Frederick W. Chockley III
Frederick W. Chockley III