UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Julie McBride,<br><br>      Plaintiff,<br><br>v.<br><br>Halliburton Company, Inc., et al.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:08-cv-01154 (CKK)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE PURSUANT TO RULE 7.1

    Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

    I, the undersigned, counsel of record for defendant Kellogg, Brown & Root, Inc. (a misnomer) certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Kellogg, Brown & Root, Inc. which have any outstanding securities in the hands of the public:

    KBR, Inc.

    These representations are made in order that judges of this court may determine the need for recusal.

-2-

*/s/Frederick W. Chockley III*
Frederick W. Chockley III (366800)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Tel. (202) 861-1500
Fax: (202) 861-1783
FChockley@Bakerlaw.com

Michael B. McDonnell
McDonnell & Associates APLC
2040 Harbor Island Dr., Suite 202
San Diego, CA 92101
Tel. (619) 294-4230
Fax. (619) 294-4237

Attorneys for Defendants
Halliburton Company, Inc. and Kellogg,
Brown & Root, Inc.

-3-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON August 13, 2008, an electronic copy of the foregoing Certificate will be served on counsel via the United States District Court's Electronic Case Filing system.

A copy was also served via United States Postal Service to:

L. Todd Kelly
The Kelly Law Firm, P.C.
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 255-2055
Fax. (713) 523-5939

Paul Waldner
Vickery, Waldner & Mallia, L.L.C
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 526-1100
Fax. (713) 523-5939

                                                        */s/ Frederick W. Chockley III*
                                                        Frederick W. Chockley III