UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Julie McBride,<br><br>   Plaintiff,<br><br>  v.<br><br>Halliburton Company, Inc., et al.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-cv-01154 (CKK)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE PURSUANT TO RULE 7.1

 Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

 I, the undersigned, counsel of record for defendant Halliburton Company, Inc. ("Halliburton") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Halliburton which have any outstanding securities in the hands of the public:

 None.

 These representations are made in order that judges of this court may determine the need for recusal.

-2-

*/s/Frederick W. Chockley III*
Frederick W. Chockley III (366800)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Tel. (202) 861-1500
Fax: (202) 861-1783
FChockley@Bakerlaw.com

Michael B. McDonnell
McDonnell & Associates APLC
2040 Harbor Island Dr., Suite 202
San Diego, CA 92101
Tel. (619) 294-4230
Fax. (619) 294-4237

Attorneys for Defendants
Halliburton Company, Inc. and Kellogg,
Brown & Root, Inc.

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON August 13, 2008, an electronic copy of the foregoing Certificate will be served on counsel via the United States District Court's Electronic Case Filing system.

A copy was also served via United States Postal Service to:

L. Todd Kelly
The Kelly Law Firm, P.C.
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 255-2055
Fax. (713) 523-5939

Paul Waldner
Vickery, Waldner & Mallia, L.L.C
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 526-1100
Fax. (713) 523-5939

                                    */s/ Frederick W. Chockley III*
                                    Frederick W. Chockley III