UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Julie McBride, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Halliburton Company, Inc., et al., )<br>)<br>)<br>Defendants. ) | Civil Action No. 1:08-cv-01154 (CKK) |

MOTION FOR ADMISSION PRO HAC VICE

Come now Defendants Halliburton Company, Inc. and Kellogg, Brown & Root, Inc., by undersigned local counsel, a member of the bar of this Court, and move the admission pro hac vice of Michael B. McDonnell, Esq.  In support of the motion, these Defendants refer to the Declaration attached as Exhibit A.  *See* Rule 83.2(d), Rules of the United States District Court for the District of Columbia.

WHEREFORE, these Defendants respectfully request that the Court grant this motion.

Dated: <u>August 18, 2008</u>

*/s/Frederick W. Chockley III*
Frederick W. Chockley III (366800)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5304
Tel. (202) 861-1500
Fax: (202) 861-1783
FChockley@Bakerlaw.com

Michael B. McDonnell
Douglas M. Field
McDonnell & Associates APLC
2040 Harbor Island Dr., Suite 202
San Diego, CA  92101
Tel. (619) 294-4230
Fax: (619) 294-4237

Attorneys for Defendants
Halliburton Company, Inc. and Kellogg,
Brown & Root, Inc.

STATEMENT PURSUANT TO RULE 7(m)

Counsel for defendants Halliburton Company, Inc. and Kellogg, Brown & Root, Inc. attempted unsuccessfully by telephone and fax to obtain the consent of counsel for plaintiff prior to filing this motion.

*/s/Frederick W. Chockley III*
Frederick W. Chockley III (366800)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5304
Tel. (202) 861-1500
Fax. (202) 861-1783
FChockley@Bakerlaw.com

Michael B. McDonnell
Douglas M. Field
McDonnell & Associates APLC
2040 Harbor Island Dr., Suite 202
San Diego, CA  92101
Tel. (619) 294-4230
Fax: (619) 294-4237

Attorneys for Defendants
Halliburton Company, Inc. and Kellogg, Brown & Root, Inc.

-3-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON August 18, 2008, an electronic copy of the foregoing Motion, with accompanying Declaration and proposed Order, will be served on counsel via the United States District Court's Electronic Case Filing system. A true copy was also sent via United States Postal Service to:

L. Todd Kelly
The Kelly Law Firm, P.C.
One Riverway, Suite 1150
Houston, Texas  77056

Paul Waldner
Vickery, Waldner & Mallia, L.L.C
One Riverway, Suite 1150
Houston, Texas  77056

Stephanie M. Morris
1660 L Street, N.W., Suite 506
Washington, D.C. 20036

*/s/Frederick W. Chockley III*
Frederick W. Chockley III

# EXHIBIT A

```
 1  Frederick W. Chockley III (366800)
    BAKER & HOSTETLER, LLP
 2  Washington Square, Suite 1100
    1050 Connecticut Avenue, N.W.
 3  Washington D.C.  20036-5304
    Telephone: (202)861-1500
 4  Facsimile: (202) 861-1783

 5  Michael B. McDonnell, CA State Bar No. 107053
    Douglas M. Field, CA State Bar No. 237888
 6  McDONNELL & ASSOCIATES, P.C.
    2040 Harbor Island Drive, Suite 202
 7  San Diego, California 92101
    Telephone: (619) 294-4230
 8  Facsimile: (619) 294-4237

 9  Attorneys for Defendants,

10  HALLIBURTON COMPANY, INC., KELLOGG, BROWN & ROOT, INC.
```

UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE McBRIDE<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HALLIBURTON COMPANY, INC., KELLOGG, BROWN & ROOT, INC., SHADOW SLOAN, & VINSON &ELKINS<br><br>　　　　　　Defendants. | Case No.: 1:08-cv-01154<br>Assigned To: Kollar-Kotelly, Colleen<br><br>**DECLARATION OF MICHAEL B. McDONNELL IN SUPPORT OF HIS APPLICATION TO BE ADMITTED PRO HAC VICE** |

I, Michael B. McDonnell, declare and state as follows:

1. I am an attorney at law duly licensed to practice law by the State Bar of California and I make the following representations based upon my personal knowledge.

2. My full name is Michael Brian McDonnell.

3. My office address is McDonnell & Associates, A.P.C., 2040 Harbor Island Dr., Suite 202, San Diego, CA 92101, telephone number, 619-294-4230, and fax number 294-4237.

4. I have been a member of the State Bar of California since 1982.

5. I am admitted to practice before the following bars:

- State Bar of California
- United States Supreme Court
- 9th Circuit Court of Appeals
- United State District Court, Southern District of California
- United State District Court, Western District of California
- United State District Court, Central District of California
- United State District Court, Northern District of California

6. I certify that I have not been disciplined by any bar.

7. I have not applied to be admitted pro hac vice to the United States District Court for the District of Columbia within the last two years.

8. I do not practice law or maintain an office within the District of Columbia.


I declare under the penalty of perjury that the foregoing is true and correct. Executed this 13th day of August in San Diego, California.

*[signature]*

Michael B. McDonnell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| Julie McBride, | ) | |
|     Plaintiff, | ) ) ) | |
|     v. | ) ) | Civil Action No. 1:08-cv-01154 (CKK) |
| Halliburton Company, Inc., et al., | ) ) ) | |
|     Defendant. | ) ) | |

<u>ORDER</u>

Upon consideration of the motion for admission Pro Hac Vice of Michael B. McDonnell, Esq. as counsel for defendants Halliburton Company, Inc. and Kellogg, Brown & Root, Inc., any opposition thereto, and oral argument, if any, it is by the Court this ___ day of _____ 2008

ORDERED, that defendants' motion be, and it is hereby, granted.

_____
Honorable Colleen Kollar-Kotelly
United States District Judge

Copies to:

Frederick W. Chockley III
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5304

Michael B. McDonnell
Douglas M. Field
McDonnell & Associates APLC
2040 Harbor Island Dr. Suite 202
San Diego, CA 92101

-2-

Megan E. Hills, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

Stephanie M. Morris
1660 L Street, N.W., Suite 506
Washington, D.C. 20036

L. Todd Kelly
The Kelly Law Firm, P.C.
One Riverway, Suite 1150
Houston, Texas  77056

Paul Waldner
Vickery, Waldner & Mallia, L.L.C
One Riverway, Suite 1150
Houston, Texas  77056

-2-