UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Julie McBride,<br><br>      Plaintiff,<br><br>v.<br><br>Halliburton Company, Inc., et al.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08-cv-01154 (CKK)<br>)<br>)<br>)<br>)<br>) |

AMENDED CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT ON August 13, 2008, an electronic copy of the Motion of Defendants Halliburton Company, Inc. and Kellogg, Brown & Root, Inc., with accompanying Memorandum of Points and Authorities and proposed Order, was served on counsel via the United States District Court's Electronic Case Filing system and that a true copy was also mailed that day via United States Postal Service to:

    Stephanie M. Morris
    1660 L Street, N.W., Suite 506
    Washington, D.C. 20036

    L. Todd Kelly
    The Kelly Law Firm, P.C.
    One Riverway, Suite 1150
    Houston, Texas  77056

    Paul Waldner
    Vickery, Waldner & Mallia, L.L.C
    One Riverway, Suite 1150
    Houston, Texas  77056

-2-

        /s/Frederick W. Chockley III
Frederick W. Chockley III (366800)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5304
202.861.1500
Fax: 202.861.1783

Michael B. McDonnell
Douglas M. Field
McDonnell & Associates APLC
2040 Harbor Island Dr., Suite 202
San Diego, CA  92101
Tel. (619) 294-4230
Fax: (619) 294-4237

Attorneys for Defendants
Halliburton Company, Inc. and Kellogg,
Brown & Root, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON August 20, 2008, an electronic copy of the foregoing Amended Certificate of Service will be served on counsel via the United States District Court's Electronic Case Filing system and that a true copy was also mailed that day via United States Postal Service to:

Stephanie M. Morris
1660 L Street, N.W., Suite 506
Washington, D.C. 20036

L. Todd Kelly
The Kelly Law Firm, P.C.
One Riverway, Suite 1150
Houston, Texas  77056

Paul Waldner
Vickery, Waldner & Mallia, L.L.C
One Riverway, Suite 1150
Houseton, TX  77056

        /s/Frederick W. Chockley III
Frederick W. Chockley III