IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE McBRIDE | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. 1:08-cv-01154 (CKK) |
| | § | |
| HALLIBURTON COMPANY, INC., | § | |
| KELLOGG, BROWN & ROOT, INC., | § | |
| SHADOW SLOAN, | § | |
| AND | § | |
| VINSON & ELKINS | § | Jury Trial Demanded |
| | § | |
|     Defendants. | § | |

**CONSENT MOTION BY PLAINTIFF FOR A CONTINUANCE TO FILE
HER RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

**COMES NOW JULIE McBRIDE,** Plaintiff in the above-referenced matter, and files this request for a continuance to file her response to the Motion by Defendants' Halliburton Company, Inc. and Kellogg, Brown & Root, Inc.'s to Dismiss; or in the Alternative, to Stay Pending Completion of Arbitration, and provides the accompanying memorandum of points and authorities in support thereof.

WHEREFORE, Plaintiff respectfully requests a continuance to file her Response to the Motion by Defendants Halliburton Company, Inc. and Kellogg, Brown & Root, Inc. to Dismiss; or in the Alternative, to Stay Pending Completion of Arbitration.

Respectfully submitted,

/s/ Stephanie M. Morris
Stephanie M. Morris
D.C. BAR NO. 498196
1660 L. Street, N.W., Suite 506
Washington, D.C. 20036
Stephanie.morris@morrislegalservices.com
Tel. (202) 536-2353
Fax. (202) 463-6328

L. Todd Kelly
**THE KELLY LAW FIRM, P.C.**
Texas Bar No. 24035049
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 255-2055
Fax. (713) 523-5939
&

Paul Waldner
**VICKERY, WALDNER & MALLIA, L.L.C.**
Texas Bar No. 20679800
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 526-1100
Fax. (713) 523-5939

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JULIE McBRIDE § | | |
|    Plaintiff, § | | |
| § | | |
| vs. § | CIV. NO. 1:08-cv-01154 (CKK) | |
| § | | |
| HALLIBURTON COMPANY, INC., § | | |
| KELLOGG, BROWN & ROOT, INC., § | | |
| SHADOW SLOAN, § | | |
| AND § | | |
| VINSON & ELKINS § | Jury Trial Demanded | |
| § | | |
|    Defendants. § | | |

**PLAINTIFF'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT**
**OF HER MOTION FOR A CONTINUANCE TO FILE RESPONSE**

  1.  Defendants' Halliburton Company, Inc. and Kellogg, Brown & Root, Inc. electronically filed and sent via first class mail its Motion to Dismiss pursuant to Rule 12(b)6 of the Federal Rules of Civil Procedure on Wednesday, August 13, 2008.

  2.  Undersigned counsel was properly registered with the Electronic Case Filing system but, according to the clerk's office, there was a technical malfunction and the motion was not sent electronically. Undersigned counsel was out of the office from Friday, August 15, 2008 through to Wednesday, August 20, 2008 and did not receive the motion until she returned Wednesday morning.

  3.  Plaintiffs' attorneys need additional time to prepare a response to the Defendants' motion and request an extension through to the date of August 29, 2008 instead of the original due date of August 25, 2008.

      4.      Defendants', by and through their attorneys, have consented to Plaintiff's request.

Dated: August 26, 2008                    /s/ Stephanie M. Morris
                                              D.C. BAR NO. 49819
                                              1660 L. Street, N.W., Suite 506
                                              Washington, D.C. 20036
                                              Stephanie.morris@morrislegalservices.com
                                              Tel. (202) 536-2353
                                              Fax. (202) 463-6328

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE McBRIDE § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | CIV. NO. 1:08-cv-01154 (CKK) | |
| § | | |
| HALLIBURTON COMPANY, INC., § | | |
| KELLOGG, BROWN & ROOT, INC., § | | |
| SHADOW SLOAN, § | | |
| AND § | | |
| VINSON & ELKINS § | Jury Trial Demanded | |
| § | | |
| Defendants. § | | |

**CERTIFICATE OF GOOD FAITH EFFORTS PURSUANT TO RULE LCvR 7(m)**

I hereby certify that on August 22, 2008, I spoke with Frederick W. Chockley III., Equire, counsel for Defendants Halliburton Company Inc. and Kellogg Brown and Root, Inc. and requested a continuance to file Plaintiff's Response to the Defendants' Motion to Dismiss on Friday, August 29, 2008, instead of the original due date of Monday, August 25, 2008. Douglas Fields, Esquire of McDonnell & Associates APLC, a firm that also represents the Defendants, responded by both email and telephone and stated that the Defendants would consent to the continuance to allow Plaintiff to file her response by August 29, 2008.

/s/Stephanie M. Morris
Stephanie M. Morris

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE McBRIDE | § | |
|         **Plaintiff,** | § | |
| | § | |
| vs. | § | CIV. NO. 1:08-cv-01154 (CKK) |
| | § | |
| HALLIBURTON COMPANY, INC., | § | |
| KELLOGG, BROWN & ROOT, INC., | § | |
| SHADOW SLOAN, | § | |
| AND | § | |
| VINSON & ELKINS | § | **Jury Trial Demanded** |
| | § | |
|         **Defendants.** | § | |

## ORDER

On this the ___ day of August, 2008, came on to be heard Plaintiff's Motion for a Continuance to File her Response to Motion by Defendants Halliburton Company, Inc. and Kellogg, Brown, & Root, Inc., to Dismiss,; or in the Alternative, to Stay Pending Completion of Arbitration, and the Court, having read the Motion, is of the opinion that same ought to be GRANTED. It is therefore,

**ORDERED, ADJUDGED and DECREED** that the Plaintiff may file her response by August 29, 2008.

Signed this __ day of August 2008.

 

_____
The Honorable Colleen Kollar-Kotelly

Copies to:

Frederick Chockley, III, Esquire
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW

Washington, D.C. 200036-5304,

Megan E. Hills, Esquire
Williams & Connolly, LLP
725 Twelfth St. NW
Washington, D.C. 20005,

Doug Field, Esquire
McDonnell & Associates
2040 Harbor Island Drive
Suite 202
San Diego, California 92101,

Todd Kelly, Esquire
One Riverway, Suite 1150
Houston, Texas 77056

Paul Waldner, Esquire
Vickery, Waldner & Mallia, LLC
One Riverway, Suite 1150
Houston, Texas 77056

Stephanie M. Morris, Esq.
1660 L St. NW – Suite 506
Washington, D.C. 20036

Certificate of Service

      I hereby certify that a true copy of the foregoing motion to stay arbitration was served by Electronic Case Filing system August 26, 2008 to the following:

> Frederick Chockley, III, Esquire
> Baker & Hostetler, LLP
> Washington Square, Suite 1100
> 1050 Connecticut Avenue, NW
> Washington, D.C. 200036-5304
>
> Megan E. Hills, Esquire
> Williams & Connelly, LLP
> 725 Twelfth St. NW
> Washington, D.C. 20005,
>
> Doug Fields, Esquire
> McDonnell & Associates
> 2040 Harbor Island Drive
> Suite 202
> San Diego, California 92101,

                                                /s/ Stephanie M. Morris