## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIE McBRIDE** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Case No: 08-cv-01154** |
| | § | |
| **HALLIBURTON COMPANY, INC.,** | § | |
| **KELLOGG, BROWN & ROOT, INC.,** | § | **Honorable Colleen Kollar-Kotelly** |
| **SHADOW SLOAN, &** | § | |
| **VINSON & ELKINS, LLP** | § | |
| **Defendants.** | § | |

## PLAINTIFF'S MOTION TO STAY ARBITRATION

COMES NOW, Plaintiff, Julie McBride and files this Motion for an order to Stay Arbitration until this Court has ruled on Plaintiff's claims, and states the following in support thereof:

Plaintiff filed an arbitration with The JAMS Institute styled *Julie J. McBride, Complaintant, v. Halliburton, Inc. Respondent, No. 1220037457* in January 2008.  In February 2008, after the arbitrator denied her motion to amend to add additional claims in the first arbitration, Julie filed a second arbitration with AAA styled *Julie McBride v. Halliburton, Inc, No.70 480 00283 8* with the additional claims arising out of the same facts.  Soon thereafter, the arbitrator in the first proceeding granted the Defendants motion for a protective order of confidentiality in the arbitration filed in January 2008.  After filing both arbitration proceedings *pro se*, Plaintiff consulted with undersigned counsel and was advised that both causes of action brought forth in the arbitration proceedings were not subject to the mandatory arbitration provision contained in her employment contract and should have been filed in a federal district court.

On July 1, 2008, Plaintiff, by and through her attorneys, filed her Complaint in this Court with a motion to file the Complaint under seal.  This Court temporarily granted the seal subject

to future review *de novo*.

This case involves very similar claims to those submitted in the two arbitrations. At this time, Plaintiff moves this Court to grant an order to stay both arbitrations since the claims involved are now filed in the correct forum, this Court.

WHEREFORE, Plaintiff respectfully moves this Court to order a stay of the arbitration styled *Julie J. McBride, Complainant, v. Halliburton, Inc. Respondent, No. 1220037457* and *Julie McBride v. Halliburton, Inc, No.70 480 00283 8*, as noted above, and for such other and further relief, both at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

/s/Stephanie M. Morris
Stephanie M. Morris
ATTORNEY AT LAW
D.C. BAR NO. 498196
1660 L. Street, N.W., Suite 506
Washington, D.C. 20036
Tel. (202) 536-2353
Fax. (202) 463-6328

L. Todd Kelly
**THE KELLY LAW FIRM, P.C.**
Texas Bar No. 24035049
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 255-2055
Fax. (713) 523-5939

&

Paul Waldner
**VICKERY, WALDNER & MALLIA, L.L.C.**
Texas Bar No. 20679800
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 526-1100
Fax. (713) 523-5939

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIE McBRIDE** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No: 08-cv-01154** |
| | § | |
| **HALLIBURTON COMPANY, INC.,** | § | |
| **KELLOGG, BROWN & ROOT, INC.,** | § | |
| **SHADOW SLOAN,** | § | |
| **& VINSON & ELKINS, LLP** | § | **Honorable Colleen Kollar-Kotelly** |
| **Defendants.** | § | |

### <u>CERTIFICATE OF GOOD FAITH EFFORTS PURSUANT TO LCvR 7(m)</u>

On July 31, 2008, undersigned counsel spoke with Megan E. Hills, Esquire, counsel for Defendants Vinson & Elkins, LLP and Shadow Sloan, Esq., and requested the defendants consent to stay the arbitrations. Ms. Hills stated that her clients do not have standing to consent because they are not parties to the arbitration. As of this date, defendants Halliburton Company, Inc. and KBR, Inc. have not yet responded to the Complaint filed in this matter and it is not known if the Defendants are represented in this case. It is believed that Doug Fields, Esquire may be counsel for defendant KBR. Therefore, undersigned counsel placed a telephone call and left a message with his office on August 12, 2008 but did the call was not returned as of this filing.

/s/Stephanie M. Morris
Stephanie M. Morris

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIE McBRIDE** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case: 1:08-cv-01154** |
| | § | |
| **HALLIBURTON COMPANY, INC.,** | § | |
| **KELLOGG, BROWN & ROOT, INC.,** | § | |
| **SHADOW SLOAN, &** | § | **Honorable Colleen Kollar-Kotelly** |
| **VINSON & ELKINS, LLP** | § | |
| **Defendants.** | § | |

## ORDER ON PLAINTIFF'S MOTION TO STAY ARBITRATION

On this the ___ day of August, 2008, came on to be heard Plaintiff's Motion to Stay Arbitration, and the Court, having read the Motion, is of the opinion that same ought to be GRANTED. It is therefore,

**ORDERED, ADJUDGED and DECREED** that the Arbitrations styled - *Julie J. McBride, v. Halliburton, Inc., No. 1220037457* and *Julie McBride v. Halliburton, Inc, No.70 480 00283 8* are stayed pending resolution of this federal court action.

Signed this __ day of August 2008.

_____
The Honorable Colleen Kollar-Kotelly

Copies to:

Megan E. Hills, Esquire
Williams & Connolly, LLP
725 Twelfth St. NW
Washington, D.C. 20005,

Doug Field, Esquire
McDonnell & Associates
2040 Harbor Island Drive
Suite 202
San Diego, California 92101,

Stephanie M. Morris, Esq.
1660 L St. NW – Suite 506
Washington, D.C. 20036

Todd Kelly, Esquire
One Riverway, Suite 1150
Houston, Texas 77056

Paul Waldner, Esquire
Vickery, Waldner & Mallia, LLC
One Riverway, Suite 1150
Houston, Texas 77056

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing motion to stay arbitration was served by

Electronic Case Filing service on August 26, 2008 to the following:

      Megan E. Hills, Esquire
      Williams & Connelly, LLP
      725 Twelfth St. NW
      Washington, D.C. 20005,

      Frederick Chockley, III, Esquire
      Baker & Hostetler, LLP
      Washington Square, Suite 1100
      1050 Connecticut Avenue, NW
      Washington, D.C. 200036-5304,

      A copy was served by 1st class mail to:

      Doug Fields, Esquire
      McDonnell & Associates
      2040 Harbor Island Drive
      Suite 202
      San Diego, California 92101,

                        /s/Stephanie M. Morris
                        Stephanie M. Morris, Esq.