IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE McBRIDE § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 08-CV-01154 | |
| § | | |
| HALLIBURTON COMPANY, INC., § | | |
| KELLOGG, BROWN & ROOT, INC., § | | |
| SHADOW SLOAN, & VINSON & ELKINS § | | |
| § | | |
| Defendants. § | JURYTRIAL DEMANDED | |

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW, L. TODD KELLY,** by undersigned local counsel, a member of the bar of this Court, and move the admission pro hac vice of L. Todd Kelly. In support of the motion, Movant refers to the Declaration attached as Exhibit A. See Rule 83.2(d), Rules of the United States District Court for the District of Columbia.

**WHEREFORE, L. Todd Kelly,** respectfully requests that the Court grant this motion.

Respectfully Submitted,

 /s/Stephanie M. Morris
Stephanie M. Morris
D.C. Bar No. 498196
1660 L. Street, N.W., Suite 506
Washington, D.C. 20036
Tel. (202) 536-2353
Fax. (202) 463-6328
A*TTORNEY FOR* P*LAINTIFF,* J*ULIE* M*C*B*RIDE*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIE McBRIDE** | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIV. NO. 1:08-cv-01154 (CKK) |
| | § | |
| **HALLIBURTON COMPANY, INC.,** | § | |
| **KELLOGG, BROWN & ROOT, INC.,** | § | |
| **SHADOW SLOAN,** | § | |
| **AND** | § | |
| **VINSON & ELKINS** | § | **Jury Trial Demanded** |
| | § | |
| **Defendants.** | § | |

## CERTIFICATE OF GOOD FAITH EFFORTS PURSUANT TO RULE LCvR 7(m)

I hereby certify that I spoke to Frederick W. Chockley III., Esquire, counsel for Defendants Halliburton Company Inc. and Kellogg Brown and Root, Inc. and Megan Hill, Esquire, counsel for Defendants Shadow Sloan and Vinson & Elkins, LLC and confirmed the Defendants consent to Todd Kelly's pro hac vice admission to this Court in the above captioned case.

/s/Stephanie M. Morris
Stephanie M. Morris

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE McBRIDE<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 08-CV-01154 |
| HALLIBURTON COMPANY, INC.,<br>KELLOGG, BROWN & ROOT, INC.,<br>SHADOW SLOAN, & VINSON & ELKINS | §<br>§<br>§<br>§ | |

**DECLARATION OF L. TODD KELLY IN SUPPORT
OF HIS APPLICATION TO BE ADMITTED PRO HAC VICE**

I, L. Todd Kelly, declare and state as follows:

1. I am an attorney at law duly licensed to practice law by the State of Texas and I make the following representations based upon my personal knowledge.

2. My full name is L. Todd Kelly.

3. My office address is Kelly Law Firm, 1 Riverway Drive, Suite 1150, Houston, Texas 77056, telephone number (713) 255-2055 and fax number (713) 523-5939.

4. I have been a member of the State Bar of Texas since 2002.

5. I am admitted to practice before the following bars:
    State Bar of Texas;
    State Bar of Virginia;
    State Bar of Pennsylvania;
    United States District Court, Southern Division of Texas
    Fifth Circuit Court of Appeals (pending);
    Fourth Circuit Court of Appeals.
    United States Supreme Court.

6. I certify that I have not been disciplined by any bar.

7. I have not applied to be admitted pro hac vice to the United States District Court for the District of Columbia within the last two years.

8. I am familiar with the Washington D.C. local rules.

9. I do not practice law or maintain an office within the District of Columbia.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this the 5th day of September, 2008.

_____
L. Todd Kelly

**SWORN TO AND SUBSCRIBED BEFORE ME** on this the 5th day of Sept., 2008.

_____
Notary Public – State of Texas

My Commission Expires:

10-18-2009



PATRICIA ANN ARTAVIA
MY COMMISSION EXPIRES
October 18, 2009