## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIE McBRIDE** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civ. No. 1:08-cv-01154 (CKK)** |
| | § | |
| **HALLIBURTON COMPANY, INC.,** | § | |
| **KELLOGG, BROWN & ROOT, INC.,** | § | |
| **SHADOW SLOAN, AND** | § | |
| **VINSON & ELKINS** | § | |
| | § | |
| **Defendants.** | | |

### NOTICE OF SERVICE

The undersigned, counsel for Plaintiff Julie McBride, hereby certifies that a true and correct copy of the complaint and summons in said matter were caused to be served on Defendants Shadow Sloan and Vinson and Elkins on July 25, 2008, as it appears by return of service verification attached hereto and made a part of the record.

Respectfully submitted,

/s/ Stephanie M. Morris
Stephanie M. Morris
D.C. BAR NO. 498196
1660 L. Street, N.W., Suite 506
Washington, D.C. 20036
Tel. (202) 536-2353
Fax. (202) 463-6328

Attorney for Plaintiff, Julie McBride

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Julie McBride
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Halliburton Company, Inc., et. al.

Case: 1:08-cv-01154
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/1/2008
Description: PI/Malpractice

TO: Shadow Sloan
Vinson & Elkins, LLP
First City Tower
1001 Fannin St., Suite 2500
Houston, Texas 77002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephanie Morris
1660 L Street NW., Suite 506
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____2 5_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**　　　JUL - 1 2008

CLERK　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  7-25-08 |
| NAME OF SERVER (PRINT)  LYNDA THOMPSON | TITLE  PROCESS Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant.  Place where served:  1001 FANNIN ST - Suite 2500, Houston, TX 77002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-08
_____
        Date

Signature of Server  Lynda Thompson
                              SCH 3214

Address of Server  909 Hardesty, Seabrook, TX
                                      77586

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Julie McBride
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Halliburton Company, Inc., et. al.

CASE N    Case: 1:08-cv-01154
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/1/2008
Description: PI/Malpractice

TO:

Vinson & Elkins, LLP
First City Tower
1001 Fannin St., Suite 2500
Houston, Texas 77002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephanie Morris
1660 L Street NW., Suite 506
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        JUL - 1 2008

CLERK                                 DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  7-25 -08 |
| NAME OF SERVER (PRINT)  LYNDA THOMPSON | TITLE  PROCESS Service |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
and discretion then residing therein.

Name of person with whom the summons and complaint were left: With Attorney, Ed Carr
1001 Fannin St. Suite 2500
Houston, Tx 77002

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the
Return of Service and Statement of Service Fees is true and correct.

Executed on   7-24-08
_____
Date

_Lynda Thompson_   SCH
Signature of Server                    3214

909 Hardesty
Seabrook, Tx 77586
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.